**2003–2068.   State ex rel. Hall v. Ohio Adult Parole Auth.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2142.   State ex rel. Lewis v. Collins.**
In Mandamus. On motion to dismiss, amended motion to show cause, second motion for order to show cause, and motion for default judgment. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2143.   State ex rel. Fears v. Hartman.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2151.   State ex rel. Najeeb v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2227.   State ex rel. White v. Wilson.**
In Habeas Corpus. On petition for writ of habeas corpus of Dewight White. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0034.   State ex rel. Nedea v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.
PFEIFER, J., dissents and would grant an alternative writ.

## MOTION AND PROCEDURAL RULINGS

**2002–1956.   Tucker v. Wilson.**
Clermont App. No. CA2002–01–002, 2002-Ohio-5142. On amicus curiae motion for leave to file under S.Ct.Prac.R. XI of the Ohio Academy of Trial Lawyers and motion of amicus curiae Member Companies of the American International Group, Inc. for leave to file a memo in response to OATL's motion for leave. Motions granted.
LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.

**2003–0114.   The Performing Arts School of Metro. Toledo, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2001–J–977. Sua sponte, each of the parties is ordered to submit an additional brief within 45 days addressing the following two issues:
    First, does the exemption application filed by The Performing Arts School of Metropolitan Toledo, Inc. ("Arts School"), as a lessee, rather than as the owner, meet the jurisdictional requirements of R.C. 5715.27(A)?
    Second, if the Arts School's initial exemption application did not meet the statutory requirements for jurisdiction, was the jurisdictional deficiency corrected by the addition of the owner, Gomez Enterprises, a limited partnership, as a party after the deadline for the filing of the exemption application?